Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*

ANTHONY BOUYER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHI-CHI'S PIZZA, INC., a California corporation; MICHAEL D'EGIDIO and MARILYN STRONG D'EGIDIO, individually and as trustees of the D'EGIDIO TRUST DATED MAY 24, 1996; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-10137-JAK-MRW<br><br>Hon. John A. Kronstadt<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: November 4, 2020<br>Trial Date: None |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Anthony Bouyer ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

DATED : January 8, 2021

Respectfully submitted,

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    Anthony Bouyer